PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>              Plaintiff            )<br>                                           )<br>   vs.                                  )<br>                                           )<br> John Howard Hecker       )<br>              Defendant(s)       )<br>_____) | CRIMINAL NO. 08mj262<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,  Barbara Lynn Major

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Leonor Alonzo-Bazan

DATED: 2/4/2008

RECEIVED
2008 FEB -4 A 4:10
U.S. MARSHALS
SOUTHERN DISTRICT OF
CALIFORNIA

Barbara Lynn Major
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk
            by _____
                        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082