PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> John Howard Hinke ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08 mj 262 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

RECEIVED 2008 FEB -5 AM 4:11 U.S. MARSHAL SOUTHERN DISTRICT CALIF

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Adalberto Martinez-Cius

DATED: 2/5/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082