1  Alan E. Ferguson
   CA Bar No. 103677
2  Attorney at Law
   3200 4th Ave., Ste. 207
3  San Diego, CA 92103-5716
   Tel.: 619-299-4999
4

5  Attorney for the Material Witness

FILED

08 MAR 27 AM 11:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Barbara Lynn Major)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>John Howard Hecker,<br><br>        Defendant. | Criminal Case No. 08cr0352-JM<br>Magistrate Case No. 08mj0262-BLM<br><br>ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND DISBURSE REGISTRY FUNDS |

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond which secured the presence of material witness, Leonor Alonzo-Bazan [A072-323-487], is exonerated.

IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00 held in the Registry of the Court to the Surety. The current and correct address of the surety noted below is contained in the Financial Department records of this Court, as certified by the material witness attorney in the application filed herewith:

        Surety Name:  Maria Martinez-Camacho
                      1651 S. Juniper St., Apt. 187
                      Escondido, CA 92025

DATED: 3/24/08

_____
The Honorable Barbara Lynn Major
United States Magistrate Judge